# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

STEPHEN HACKER,

    Plaintiff,

vs.

3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC,

    Defendants.

Case No. 7:20cv131-MCR-GRJ

## VERDICT FORM

We, the jury, in the above entitled and numbered case, unanimously find, by a preponderance of the evidence, as follows on Plaintiff Stephen Hacker's claims and 3M's affirmative defenses, based on the Court's instructions on the law and evidence:

**FILED IN OPEN COURT THIS**

4-30-2021

**CLERK, U.S. DISTRICT COURT, NORTH DIST. FLA**

Plaintiff's Claims:

(1) Strict Liability—Design Defect

  ✓ Proven     ___ Not Proven

(2) Strict Liability—Failure to Warn

  ✓ Proven     ___ Not Proven

(3) Negligent Design

  ✓ Proven     ___ Not Proven

(4) Negligent Failure to Warn

  ✓ Proven     ___ Not Proven

(5) Fraudulent Misrepresentation

  ✓ Proven     ___ Not Proven

(6) Fraudulent Concealment

  ✓ Proven     ___ Not Proven

(7) Negligent Misrepresentation

  ✓ Proven     ___ Not Proven

*If you have found any claim above proven by a preponderance of the evidence, you will consider 3M's affirmative defenses. If you have not found any claim above proven, your work is complete and you should have the Foreperson sign and date the Verdict Form.*

3M's Affirmative Defenses:

(1) Contributory Negligence

  ☒ Proven   ✓ Not Proven

*Mistakenly marked - as discussed on the record with parties on 4.30.2021 — M. Casey Rodgers*

*If you have found affirmative defense (1) proven by a preponderance of the evidence, you should consider the percentage of fault that should be apportioned to Mr. Hacker when considering damages and reflect that on Page 4 below.*

Compensatory Damages:

If you have found in favor of Mr. Hacker on any of the above claims, what damages, if any, do you find for:

Pain and suffering (mental and physical)   $ 160,000.00

Comparative Negligence:

If you have found that any of the individuals or organizations listed below was negligent and thereby caused or contributed to Mr. Hacker's injuries, then it is necessary for you to determine the percentage of fault for each. If you find no fault, then you should place a "0" by that name. Your allocation of fault must equal 100%.

Defendants   100 %

Mr. Hacker   0 %

*If you awarded compensatory damages to Mr. Hacker, you should consider his claim for punitive damages. If you did not award compensatory damages, your deliberations are complete, and the foreperson should sign and date this Verdict Form.*

Punitive Damages

___✓___ Proven, by clear and convincing evidence    _____ Not Proven

*If you found punitive damages were proven, please list the amount imposed below. If you found punitive damages were not proven, your deliberations are complete.*

$ __2,100,000.00__

*Once you have answered this question, your deliberations are complete, and the foreperson should sign and date this Verdict Form.*

SO SAY WE ALL, this __30th__ day of April, 2021

██████████████████████████████████
Foreperson's Signature